# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| **Date:** July 20, 2020 | **Time:** 11:37 a.m-12:14 p.m. (37 Minutes) | **Judge:** HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| **Case No.:** 16-cr-00173-HSG-1 | **Case Name:** USA v. Pelayo-Chavez | |

**Defendant:** Cerjio Pelayo-Chavez **(Present)**
**Attorney for Plaintiff:** Leah Paisner
**Attorney for Defendant:** John Paul Reichmuth
**Probation Officer**: Shonte Brittle

**Deputy Clerk:** Nikki D. Riley            **Court Reporter:** Diane Skillman

**PROCEEDINGS:** DISPOSITION HEARING RE SUPERVISED RELEASE VIOLATION-Held

**Notes:** The Court revokes the defendant's supervised release and sentences him to time served; 59 months supervised release under the usual terms and conditions and the special conditions; no fine; no restitution; and no special assessment. See J&C for additional details.